Form 210A (10/06)

**United States Bankruptcy Court**
**Northern District of Texas**

**FILED**
JUL 0 6 2009

TAWANA C. MARSHALL, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In re **Whitton, Rebecca**　　　　　　　　　　　　　　Case No. **05-92537**

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111 (a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Valorem LLC** | **True Logic Financial** |
|---|---|
| Name of Transferee | Name of Transferor |

| Name and Address where notices to transferee should be sent: | Court Claim # (if known): __10__ |
|---|---|
| **480 Johnson Road, Suite 110** | Amount of Claim: **$ 8649.93** |
| **Washington, PA 15301** | Date Claim Filed: **2/23/06** |

| Phone: **724-250-7649** | Phone: **866-488-4299** |
|---|---|
| Last Four Digits of Acct #: **8613** | Last Four Digits of Acct #: **8613** |

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct#: _____

I declare under penalty of perjury that this information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ Monica McFadden_　　　　　　　　　　Date: **6/30/09**
　Transferee/Transferee's Agent

Penalty for making a false statement: Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.